IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WAIN DANIEL, FORMER
HUSBAND,

      Appellant,

v.

KIM DANIEL, FORMER WIFE,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-194

Opinion filed December 13, 2017.

An appeal from the Circuit Court for Clay County.
Gary L. Wilkinson, Judge.

David Scott Fursteller of the Furst Law Group, P.A., Jacksonville, for Appellant.

Stacie R. Drawdy of Hamilton, Drawdy & Hartin, P.A., Fleming Island, for Appellee.

PER CURIAM.

      AFFIRMED.

B.L. THOMAS, C.J., and MAKAR and WINOKUR, JJ., CONCUR.